UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD LUPO

v.   C.A. No.: 1:20-cv-00080-JJM-LDA

JOHN D. PRINSCOTT, M.D.,
NARRAGANSETT BAY ANESTHESA,
LLC; PROSPECT CHARTERCARE
SJHSRI, LLC; ASSOCIATES IN
ANESTHESIA, INC., d/b/a ST. JOSEPH
HOSPITAL SCHOOL OF NURSE
ANESTHESIA, RAM YOGENDRA, M.D.;
LEWIS L. OLAOLUWA and
JOSEPH A. BANKS

## AFFIDAVIT OF RAM YOGENDRA, MD

I, Ram Yogendra, MD under oath, hereby state as follows:

1. It is not my signature on the Anesthesia Record of 1/17/18 for plaintiff Richard Lupo's procedure at St. Joseph's Health Services.

2. I was not involved in any way in the care and treatment of Richard Lupo in the operating room on 1/17/18.

_____
Ram Yogendra, MD

Subscribed and sworn to before me this 30 day of July, 2021.

_____
Notary Public
My Commission Expires: 7/31/2022

LINDA J. KELLEY
NOTARY PUBLIC - State of Rhode Island
My Commission Expires
July 31, 20 22

C.A. No. 1:20-cv-00080-JJM-LDA

The Defendant,
Ram Yogendra, MD
By his Attorneys,

Ratcliffe Harten Galamaga, LLP

*Paul F. Galamaga* (signature)

Paul F. Galamaga, Esq. (#5803)
Cassandra A. DeAngelis, Esq. (#8167)
40 Westminster Street, 7th Floor, Suite 700
Providence, RI 02903
(401) 331-3400
Fax (401) 331-3440
pgalamaga@rhgllp.com
cdeangelis@rhgllp.com

## CERTIFICATION

I hereby certify that on this 30th day of July 2021, the within was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record who are registered participants identified on the Notice of Electronic Filing.