UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD LUPO )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>JOHN D. PRINSCOTT, M.D., )<br>NARRAGANSETT BAY )<br>ANESTHESIA, LLC AND PROSPECT )<br>CHARTERCARE SJHSRI, LLC )<br>        Defendants ) | C.A. No.: 1:20-cv-00080-JJM-LDA |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-referenced action hereby agree and stipulate that all claims against the defendant, John D. Prinscott, M.D., shall be dismissed with prejudice, without costs, without interest, and all rights of appeal being waived.

| The Plaintiff,<br>Richard Lupo,<br>By his Attorney, | The Defendant,<br>John D. Prinscott, M.D.<br>By his Attorneys, |
|---|---|
| /s/Peter J. Cerilli<br>Peter J. Cerilli, Esq. (#2650)<br>Foley Cerilli, P.C.<br>56 Pine Street, Suite 200<br>Providence, RI  02903<br>Tel: (401) 272-7800<br>Fax: (401) 274-2780<br>peter@foleycerilli.com | /s/Angela L. Carr<br>Angela L. Carr \| R.I. Bar No. 7191<br>acarr@bglaw.com<br>Melissa C. Benner \| R.I. Bar No. 10102<br>mbenner@bglaw.com<br>BARTON GILMAN LLP<br>One Financial Plaza, 18th Floor<br>Providence, RI  02903<br>T:  401.273.7171 \| F:  401.273.2904 |

The Defendant,
Prospect CharterCare SJHSRI, LLC,
By their Attorney,

/s/Brian A. Fielding
Brian A. Fielding, Esq. (#8433)
Kelsey Peck, Esq. (#10123)
Adler, Cohen, Harvey, Wakeman
Guekguezian, LLP
One Turks Head Place, Suite 600
Providence, RI  02903
(401) 521-6100 Fax: (401) 521-1001
bfielding@adlercohen.com
jcusick@adlercohen.com

## CERTIFICATE OF SERVICE

I, Angela L. Carr, attorney for the defendant, hereby certify that on September 8, 2023, I served a copy of the foregoing by CM/ECF electronic mail notification to all counsel of record.

/s/ Angela L. Carr
Angela L. Carr