UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD LUPO,<br>   Plaintiff<br><br>v.<br><br>JOHN D. PRINSCOTT, M.D.;<br>NARRAGANSETT BAY ANESTHESIA, LLC; PROSPECT CHARTERCARE SJHSRI, LLC<br>   Defendants | C.A.NO.: 1:20-cv-00080-JJM-LDA |

## DISMISSAL STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-referenced action hereby agree and stipulate that all claims against the defendant, Prospect Chartercare SJHSRI, LLC, shall be dismissed with prejudice, without costs, without interest, and all rights of appeal being waived.

The Plaintiff,
Richard Lupo,
By his Attorney,

_____
Peter J. Cerilli, Esq. (#2650)
Foley Cerilli, P.C.
56 Pine Street, Suite 200
Providence, RI 02903
Tel: (401) 272-7800
Fax: (401) 274-2780
peterfoley@foleycerilli.com

The Defendant,
John D. Prinscott, M.D.,
By his Attorney,

_____
Angela L. Carr, Esq. (#7191)
Melissa C. Benner, Esq. (#10102)
Barton Gilman, LLP
One Financial Plaza, 18th Floor
Providence, RI 02903
Tel: (401) 273-7171
Fax: (401) 273-2904
acarr@bglaw.com
mbenner@bglaw.com

The Defendant,
Prospect Chartercare SJHSRI, LLC,
By their Attorney,

_____
Brian A. Fielding, Esq. (#8433)
Kelsey D. Peck, Esq. (#10123)
Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP
One Turks Head Place, Suite 500
Providence, RI 02903
Tel: (401) 521-6100
Fax: (401) 521-1001
bfielding@adlercohen.com
kpeck@adlercohen.com

## CERTIFICATE OF SERVICE

I, Kelsey D. Peck, attorney for the defendant Prospect Chartercare SJHSRI, LLC, hereby certify that on October  19TH , 2023, I served a copy of the foregoing by CM/ECF electronic mail notification to all counsel of record.

_____